IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JERRY SALMON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:08cv379-WKW |
| | ) | [wo] |
| SHERIFF ANDY HUGHES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On July 16, 2008, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 8). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. # 8) is ADOPTED, and

2. This case is DISMISSED without prejudice for plaintiff's failures to prosecute this action and comply with the orders of this court.

Done this 6th day of August, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE